COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      In the Interest of S.E.W.

Appellate case number:    01-14-00948-CV

Trial court case number:  2013-06519J

Trial court:              257th District Court of Harris County

     Appellant, L.W., filed a notice of appeal from the trial court's final order terminating her parental rights to the minor child, S.E.W. The record was due to be filed in this Court no later than December 5, 2014. On December 3, 2014, the court reporter notified the Clerk of this Court that appellant had not paid, or made arrangements to pay, for the reporter's record and was not appealing as an indigent. However, the clerk's record filed in this appeal indicates that the trial court determined appellant to be indigent. Appellant, therefore, is presumed to remain indigent and is entitled to proceed without advance payment of costs. TEX. R. APP. P. 20.1(a)(3); *see* TEX. FAM. CODE ANN. § 107.013(e) (West 2014).

     Accordingly, it is **ORDERED** that the Court Reporter file with this Court, within 10 days of the date of this order and at no cost to appellant, the reporter's record. *See* TEX. R. APP. P. 20.1(k), n(2); *see also* TEX. R. APP. P. 35.1(b), 35.3(c). Because this is a termination case, the Court is required to bring this appeal to final disposition within 180 days of the date the notice of appeal was filed so far as reasonably possible. *See* Tex. R. Jud. Admin. 6.2, *reprinted in* TEX. GOV'T CODE ANN., tit. 2, subtit. F app. (West 2013). No extensions will be granted absent extraordinary circumstances.

     It is so ORDERED.

Judge's signature: /s/ Terry Jennings
               ☑ Acting individually    ☐ Acting for the Court

Date: December 12, 2014